

CO-386
Rev. 10/03

**FILED**

NOV - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Equity Analytics, LLC )
  )     Plaintiff
d/b/a )
  )
Equity Methods )  v.
  )
  )     Defendant
Timothy D. )
  )
Lundin, )

Case: 1:07-cv-02033
Assigned To : Lamberth, Royce C.
Assign. Date : 11/8/2007
Description: TRO/PI

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for _Plaintiff Equity Analytics_

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of _Plaintiff_____, which have any outstanding securities in

the hands of the public. _Merrill Lynch Pierce Fennert_
_Smith, Incorporated_____

_____.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Robert Shaffer IV_____
Signature

_Robert T. Shaffer_____
Print Name

_34 S. Charles St_____
Address

_Balto MD 21202_____
City                State        Zip

_(410) 753-7200_____
Telephone Number

_04074_____
Bar Identification Number

2