# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Equity Analytics, LLC, operating as Equity Methods** | Attorney: |
| Plaintiff | Murphy & Shaffer LLC<br>Robert Shaffer, III |
| vs. | 36 S. Charles St., Suite 1400<br>Baltimore, MD. 21201 |
| **Timothy D. Lundin** | |
| Defendant | |

Case Number: 1:07-cv-02033

Legal documents received by Same Day Process Service on November 09th, 2007 at 2:45 PM to be served upon **Timothy D. Lundin at 2901 18th St., Apt 207, Washington, DC. 20009-2956**

I, Brandon A. Snesko, swear and affirm that on **November 09th, 2007 at 8:35 PM**, I did the following:

**Individually Served Timothy D. Lundin** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form; Complaint; Exhibit A; Exhibit B; Certificate Under LCvR 7.1; Certificate Pursuant to Local Rule 65.1; Exhibit A; Equity Analytics, LLC's Motion for Injunctive Relief; Order; Memorandum of Law in Support; Memorandum of Law in Support of Equity Analytics, LLC's Motion for Injunctive Relief; Exhibit 1; Exhibit A; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit 2; Exhibit 3; Temporary Restraining Order dated November 8, 2007, issued by United States District Court Judge Royce Lambert** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 5'10   Weight: 180   Skin Color: White   Hair Color: Brown   Glasses: N

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000005676

District of Columbia : SS
Subscribed and Sworn to before me
this 12 day of Nov, 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.