UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EQUITY ANALYTICS, LLC,** operating as **EQUITY METHODS,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2033 (RCL) |
| **TIMOTHY D. LUNDIN** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

It is hereby

ORDERED that this case is REFERRED to Magistrate Judge Facciola for an expedited resolution of discovery disputes.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 14, 2007.