UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUITY ANALYTICS, LLC,
operating as EQUITY METHODS,

     Plaintiff,

     v.                               Civil Action No. 97-2033 (RCL/JMF)

TIMOTHY D. LUNDIN,

     Defendant.

**ORDER**

     Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola for **expedited resolution of discovery disputes.**

     In accordance with Local Rule 5.1(f), kindly insert my initials, as well as the trial judge's initials on all filings with the Clerk's Office.

     Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone. All matters in the above captioned case should be addressed to the law clerk assigned to this action: **Sara B. Podger, Esq. at 202/354-3131.**

November 14, 2007
cc:    Counsel                  /S/
        Judge                 JOHN M. FACCIOLA
        Files                  UNITED STATES MAGISTRATE JUDGE
        Chambers