UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EQUITY ANALYTICS, LLC,**
operating as **EQUITY METHODS,**

       Plaintiff,

       v.

**TIMOTHY D. LUNDIN,**

       Defendant.

Civil Action No. 07-2033 (RCL/JMF)

## ORDER

Having considered the arguments made at the hearing held on November 14, 2007, and the e-mail specifying the information sought by defendant, I will order the plaintiff to provide the following information to defendant by no later than 9:00 a.m on Friday, November 16, 2007.

Defendant shall provide an affidavit from a corporate officer attesting to the continued existence of entities known as 1) Equity Analytics, LLC; 2) Equity Methods; 3) Equity Analytics/Merrill Lynch; or 4) CSRB Cactus Holdings LLC and to the history of the corporate relationship (if any) among them within the past ten years. Defendant shall attach to the affidavit such documents that are sufficient to support the statements made therein that can reasonably be collected prior to the hearing before Judge Lamberth.

The affidavit will indicate if the affiant knows whether there has been an assignment of any rights pertaining to any covenant or agreement between the defendant

and 1) Equity Analytics, LLC; 2) Equity Methods; 3) Equity Analytics/Merrill Lynch; or 4) CSRB Cactus Holdings LLC Equity Analytics, LLC, Equity Methods, or Cactus Holdings LLC.

The defendant shall also provide the employment manual that was in use when defendant was employed by any of the above entities.

As to paragraphs 19 and 20 of the e-mail, defendant can ask Ms. Kirk these questions in her deposition and I will not impose upon plaintiff any greater obligation. I find that paragraph 30, seeking a severance pay plan, is irrelevant to the issues to be addressed at the hearing.

I note that I have considered only those requests identified by defendant as now being in issue.

**SO ORDERED.**

Dated: November 14, 2007

_____/S/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE