IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Equity Analytics, LLC,** operating as Equity Methods<br><br>　　　　　　Plaintiff,<br>　v.<br>**Timothy D. Lundin,**<br>　　　　　　Defendant. | Civil Action No. 1:07-cv-02033<br><br>Judge Royce C. Lamberth |

### PRAECIPE FOR APPERANCE OF COUNSEL FOR DEFENDANT

Defendant, Timothy D. Lundin, by and through his counsel, pursuant to U.S. District Court for the District of Columbia Civil Rule 83.6(a), respectfully requests the Clerk enter the appearance of Robert B. Fitzpatrick of Robert B. Fitzpatrick, PLLC, located at 1825 Connecticut Avenue, N.W., Suite 640, Washington, District of Columbia, 20009 as counsel for Defendant. Mr. Fitzpatrick is a member in good standing of this court.

Respectfully submitted,

/s/  Robert B. Fitzpatrick
Robert B. Fitzpatrick, Esq.
Bar No. 040410
Universal Building North
Suite 640
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009-5728
202-588-5300

Dated: November 14, 2007

Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following document, PRAECIPE FOR APPEARANCE OF COUNSEL FOR DEFENDANT has been delivered to the following via email:

>Robert T. Shaffer, III
>(MD USDC Bar No. 04074)
>Murphy & Shaffer LLC
>36 South Charles Street
>Suite 1400
>Baltimore, Maryland 21201
>Phone: (410) 783-7000
>Fax: (410) 783-8823
>Email: RShaffer@murphyshaffer.com
>
>Joseph J. McAlee
>Rubin Fortunato
>MCS Building
>10 South Leopard Road
>Paoli, Pennsylvania 19301
>Phone: (610) 408-2004
>Fax: (610) 854-1317
>Email: jmcalee@rubinfortunato.com

November 14, 2007                    /s/ Robert B. Fitzpatrick
(Date)                               Robert B. Fitzpatrick, Esq.