**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EQUITY ANALYTICS, LLC, operating as EQUITY METHODS,** )<br>)<br>**Plaintiff,** )<br>)<br>v.       )<br>)<br>**TIMOTHY D. LUNDIN,** )<br>)<br>**Defendant.** )<br>_____) | CIVIL ACTION NO: 07-2033 (RCL/JMF) |

**MOTION FOR ADMISSION PRO HAC VICE OF JOSEPH J. McALEE**

Plaintiff, Equity Analytics, LLC, through its undersigned counsel, Robert T. Shaffer, III of Murphy & Shaffer LLC, respectfully moves this Court, pursuant to LCvR 83.2(d), for an Order allowing Joseph J. McAlee, Esquire of Rubin, Fortunato & Harbison, P.C. to appear in the above-captioned matter and participate as counsel for plaintiff. Plaintiff relies on the attached Declaration of Joseph J. McAlee, Esquire. Pursuant to LCvR 7(m), undersigned counsel certifies that he discussed the subject motion with Robert Fitzgerald, an attorney who represents the defendant Timothy D. Lundin, and defendant does not object to the motion.

Dated: November 15, 2007

Respectfully submitted,

MURPHY & SHAFFER LLC

/s/ *Robert T. Shaffer, III*
Robert T. Shaffer, III
(MD USDC Bar No. 04074)
Suite 1400
36 South Charles Street
Baltimore, Maryland 21201
Phone: (410) 783-7000
Fax: (410) 783-8823
RShaffer@murphyshaffer.com

Of Counsel:

Joseph J. McAlee, Esquire
Christopher Y. Young, Esquire
RUBIN, FORTUNATO & HARBISON P.C.
10 South Leopard Road
MCS Building
Paoli, Pennsylvania 19301
Phone: (610) 408-2004
Fax: (610) 854-4317
jmcalee@rubinfortunato.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUITY ANALYTICS, LLC, operating as<br>EQUITY METHODS,<br><br>    **Plaintiff,**<br><br>v.<br><br>TIMOTHY D. LUNDIN,<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO:  07-2033 (RCL/JMF)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF JOSEPH J. McALEE**

  I, Joseph J. McAlee, make the following declaration:

  1.  I am over the age of 18 and I am competent to testify from personal knowledge as to the facts set forth in this Declaration.

  2.  My full name is Joseph James McAlee.

  3.  I am an attorney at the law firm Rubin, Fortunato & Harbison P.C., 10 South Leopard Road, MCS Building, Paoli, Pennsylvania 19301.  My direct dial phone number is (610) 408-2004; my direct facsimile number is (610) 854-4317.

  4.  I am a member of the Bar of the Commonwealth of Pennsylvania.  I am admitted to practice before the following courts:  The Supreme Court of the United States; The United States Court of Appeals for the Third and Tenth Circuits; and The United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey; and The State of New Jersey.

  5.  I certify that I have not been disciplined by any Bar.

  6.  I have not been previously admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar nor have applied for admission.

8. The name, address, and telephone number of the sponsoring attorney of record for the plaintiff is Robert T. Shaffer, III, Murphy & Shaffer LLC, 36 S. Charles Street, Suite 1400, Baltimore, Maryland 21201, (410) 783-7000.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 13th day of November, 2007.

_____
Joseph J. McAlee

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUITY ANALYTICS, LLC, operating as EQUITY METHODS,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) CIVIL ACTION NO: 07-2033 (RCL/JMF) ) |
| **TIMOTHY D. LUNDIN,** | ) ) |
| **Defendant.** | ) ) ) |

### ORDER

UPON CONSIDERATION OF the Motion for Admission Pro Hac Vice of Joseph J. McAlee, the supporting declaration of Joseph J. McAlee, and the record in this case, it is, this _____ day of _____, 2007,

ORDERED that plaintiff's Motion for Admission Pro Hac Vice of Joseph J. McAlee be, and the same hereby is, GRANTED; and it is further

ORDERED that Joseph J. McAlee, Esquire of Rubin, Fortunato & Harbison, P.C. is permitted to appear in the above-captioned matter and participate as counsel for plaintiff before this Court.

_____
JUDGE, United States District Court
for the District of Columbia

Robert T. Shaffer, III, Esquire
MURPHY & SHAFFER LLC
Suite 1400
36 South Charles Street
Baltimore, Maryland 21201
Phone:  (410) 783-7000
Fax:  (410) 783-8823
RShaffer@murphyshaffer.com

Joseph J. McAlee, Esquire
Christopher Y. Young, Esquire
RUBIN, FORTUNATO & HARBISON P.C.
10 South Leopard Road
MCS Building
Paoli, Pennsylvania 19301
Phone:  (610) 408-2004
Fax:  (610) 854-4317
jmcalee@rubinfortunato.com

Robert B. Fitzpatrick, Esquire
ROBERT B. FITZPATRICK, PLLC
Universal Building South,
1825 Connecticut Avenue, N.W.
Suite 640
Washington, D.C. 20009-5728
Phone:  (202) 588-5300
Fax:  (202) 588-5023
fitzpatrick.law@verizon.net