UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUITY ANALYTICS, LLC,<br>operating as EQUITY METHODS,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TIMOTHY D. LUNDIN<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 07-2033 (RCL/JMF)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the parties' joint oral motion to continue the preliminary injunction hearing scheduled for November 16, 2007, before Judge Lamberth, it is, hereby,

**ORDERED** that the parties' joint oral motion is **GRANTED**. A date for the preliminary injunction hearing shall be set by Judge Lamberth's chambers at a later time.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/_____
　　　　　　　　　　　　　　　　　　　　　　　　JOHN M. FACCIOLA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

November 15, 2007