IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUITY ANALYTICS, LLC, operating as EQUITY METHODS,**  **Plaintiff,**  v.  **TIMOTHY D. LUNDIN,**  **Defendant.** | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO: 07-2033 (RCL/JMF)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION OF the Motion for Admission Pro Hac Vice of Joseph J. McAlee, the supporting declaration of Joseph J. McAlee, and the record in this case, it is hereby

ORDERED that plaintiff's Motion for Admission Pro Hac Vice of Joseph J. McAlee be, and the same hereby is, GRANTED; and it is further

ORDERED that Joseph J. McAlee, Esquire of Rubin, Fortunato & Harbison, P.C. is permitted to appear in the above-captioned matter and participate as counsel for plaintiff before this Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 16, 2007.