IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUITY ANALYTICS, LLC, operating as
EQUITY METHODS
14614 North Kierland Boulevard
Suite N-240
Scottsdale, AZ 85254,

        Plaintiff,

v.

TIMOTHY D. LUNDIN
2901 18th Street, NW, Apt. 201
Washington, D.C. 2009-2956,

        Defendant.

CASE NO: 07-2033
(RCL/JMF)

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties as follows:

WHEREAS, this Court entered a Temporary Restraining Order restraining Timothy D. Lundin ("Lundin") on November 8, 2007;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the November 8, 2007 Temporary Restraining Order shall continue in full force and effect until further order of the Court. The Court will issue a future order setting forth the date and time for the Preliminary Injunction Hearing.

IT IS SO STIPULATED.

_____
Robert B. Fitzpatrick, Esquire
Robert B. Fitzpatrick, PLLC
Bar No. 040410
Attorney for Defendant
Timothy D. Lundin

_____
Robert T. Shaffer, Esquire
Murphy & Shaffer
Bar No. 04074
Joseph J. McAlee, Esquire
Christopher C. Young, Esquire
Rubin, Fortunato & Harbison P.C.

Attorneys for Plaintiff
Equity Analytics, LLC

BY THE COURT

_____
United States District Judge

Dated: November 19, 2007