IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|   |   |
|---|---|
| Equity Analytics, LLC, operating as Equity Methods, <br><br> Plaintiff, <br><br> v. <br><br> Timothy D. Lundin, <br><br> Defendant. | Civil Action No. 1:07-cv-02033 <br><br> Judge Royce C. Lamberth |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties as follows:

WHEREAS, the Defendant's responsive pleading to the Complaint herein is due to be filed on or before Thursday, November 29, 2007;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the Defendant's time within which to file his responsive pleading may be extended until on or before Friday, December 21, 2007.

IT IS SO STIPULATED.

| | |
|---|---|
| /s/ Robert B. Fitzpatrick | /s/ |
| Robert B. Fitzpatrick, Esq. | Robert T. Shaffer, III Esquire |
| Bar no. 040410 | Bar No. 04074 |
| Universal Building South | Murphy & Shaffer LLC |
| Suite 640 | Suite 1400 |
| 1825 Connecticut Avenue, N.W. | 36 S. Charles Street |
| Washington, D.C. 20009-5728 | Baltimore, Maryland 21201 |
| Phone: 202-588-5300 | Phone: 410-783-7000 |

Fax: 202-588-5023  
Email: Fitzpatrick.law@verizon.net

Attorney for Defendant

Dated: November 27, 2007

Fax: 410-783-8823  
Email: rshaffer@murphyshaffer.com

Attorneys for Plaintiff

Upon review of the foregoing stipulation, it is ORDERED on this _____ day of November 2007 that the Defendant's time within which to file his Response to the Complaint herein is extended until on or before Friday, December 21, 2007.

_____
Hon. Royce C. Lamberth
United States District Judge