IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Equity Analytics, LLC,<br>operating as Equity Methods,<br><br>　　　　　Plaintiff,<br>v.<br>Timothy D. Lundin,<br>　　　　　Defendant. | Civil Action No. 1:07-cv-02033<br><br>Judge Royce C. Lamberth |

FILED

NOV 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties as follows:

WHEREAS, the Defendant's responsive pleading to the Complaint herein is due to be filed on or before Thursday, November 29, 2007;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the Defendant's time within which to file his responsive pleading may be extended until on or before Friday, December 21, 2007.

IT IS SO STIPULATED.

/s/  Robert B. Fitzpatrick
Robert B. Fitzpatrick, Esq.
Bar no. 040410
Universal Building South
Suite 640
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009-5728
Phone: 202-588-5300

/s/
Robert T. Shaffer, III Esquire
Bar No. 04074
Murphy & Shaffer LLC
Suite 1400
36 S. Charles Street
Baltimore, Maryland 21201
Phone: 410-783-7000

Fax: 202-588-5023  
Email: Fitzpatrick.law@verizon.net

Attorney for Defendant

Dated: November 27, 2007

Fax: 410-783-8823  
Email: rshaffer@murphyshaffer.com

Attorneys for Plaintiff

Upon review of the foregoing stipulation, it is ORDERED on this ___28th___ day of November 2007 that the Defendant's time within which to file his Response to the Complaint herein is extended until on or before Friday, December 21, 2007.

*(signature)*
Hon. Royce C. Lamberth
United States District Judge