IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Equity Analytics, LLC, ) <br> operating as Equity Methods, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Timothy D. Lundin, ) <br> ) <br> Defendant. ) | Civil Action No. 1:07-cv-02033 <br><br> Judge Royce C. Lamberth |

### DEFENDANT'S MOTION FOR A SECOND EXTENSION
### TO RESPOND TO THE COMPLAINT

Defendant, Timothy Lundin, through counsel, respectfully moves the Court for an additional extension of time within which to file a response, including any counterclaims, until Tuesday, January 29, 2008. The Plaintiff, through counsel, has authorized Defendant's counsel to advise the court that their client consents to the requested extension. The reasons for this request are set forth in the accompanying memorandum.

WHEREFORE, the Defendant prays that the Court grant the foregoing Motion and enter the proposed Order submitted herewith.

Respectfully submitted,

/s/ Robert B. Fitzpatrick
Robert B. Fitzpatrick, Esq.
Bar No. 040410
Universal Building South
Suite 640

                                      1825 Connecticut Avenue, N.W.
                                      Washington, D.C. 20009-5728
                                      Phone: (202)-588-5300
                                      Fax: (202) 588-5023
                                      E-mail: Fitzpatrick.law@verizon.net

Dated: December 19, 2007

                                      Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Equity Analytics, LLC, operating as Equity Methods, ) ) ) ) Plaintiff, ) ) v. ) Civil Action No. 1:07-cv-02033 ) Timothy D. Lundin, ) Judge Royce C. Lamberth ) ) Defendant. ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of December, 2007, the Defendant's MOTION FOR A SECOND EXTENSION TO RESPOND TO THE COMPLAINT, MEMORANDUM IN SUPPORT thereof, and the proposed STIPULATED ORDER have been served upon the following counsel for Plaintiff, via email:

Robert T. Shaffer, III, Esq.
(MD USDC Bar No. 04074)
Murphy & Shaffer LLC
36 South Charles Street
Suite 1400
Baltimore, Maryland 21201
Phone: (410) 783-7000
Fax: (410) 783-8823
Email: RShaffer@murphyshaffer.com

Joseph J. McAlee, Esq.
Rubin Fortunato
MCS Building
10 South Leopard Road
Paoli, Pennsylvania 19301
Phone: (610) 408-2004
Fax: (610) 854-1317

Email: jmcalee@rubinfortunato.com

December 19, 2007  
(Date)

/s/ Robert B. Fitzpatrick  
Robert B. Fitzpatrick, Esq.