IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Equity Analytics, LLC,<br>operating as Equity Methods,<br><br>        Plaintiff,<br>v.<br><br>Timothy D. Lundin,<br><br>        Defendant. | Civil Action No. 1:07-cv-02033<br><br>Judge Royce C. Lamberth |

### DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION FOR A SECOND EXTENSION TO RESPOND TO THE COMPLAINT

The Defendant, Timothy Lundin, has requested an additional extension of time to file a response, including any counterclaims, until Tuesday, January 29, 2008. The Plaintiff has indicated to Defendant's counsel that it has no opposition to this request. This memorandum is submitted to the Court to assist the Court in determining whether it is appropriate to grant this request.

The Defendant, an individual of limited means, has incurred extraordinary expenses to defend this case. To date, Defendant's counsel's timesheets reflect services expended substantially in excess of $50,000.

The Defendant readily submitted to deposition; the Defendant has been negotiating with Plaintiff's counsel a protocol for the imaging and forensic examination of three hard drives; Defendant has voluntarily stipulated information regarding ISP providers; Defendant has agreed to another round of deposition testimony at a date still to be determined; Defendant's employer, served with notice of deposition and a third-party

subpoena duces tecum, has agreed to fully cooperate with Plaintiff and produce documents and submit to deposition at a date still to be determined.

Defendant's counsel has been endeavoring to settle this matter, believing that, at the end of the day, Plaintiff will be unable to establish that it lost any customers as a result of Defendant's alleged "misdeeds". To date, Plaintiff has not identified any customer whom it believes it lost as a result of said alleged "misdeeds", even though in an affidavit of one of its employees, it indicates that it has been able to identify customers who left it for Defendant's new employer.

Defendant may well have substantial counterclaims against Plaintiff. Defendant's counsel has counseled his client to engage in restraint and to avoid asserting said claims at this time in the hope that this matter can be fully and completely resolved. Defendant's counsel is of the view that if a response to the complaint had to be filed at this time, the counterclaims would consequently be asserted, and the assertion of those claims would escalate the time and expense associated with this matter, and might well make a settlement less likely rather than more likely. Hence, Defendant seeks this extension until January 29th in the hope that in the interim, with the Court's assistance, there can be meaningful dialogue between the interested parties, and a global settlement achieved.

For these reasons, and for these reasons only, Defendant's counsel respectfully seeks this extension. Accordingly, Defendant respectfully prays that the Court grant the requested extension, to which request Plaintiff consents.

Respectfully submitted,

/s/ Robert B. Fitzpatrick
Robert B. Fitzpatrick, Esq.
Bar No. 040410
Universal Building South
Suite 640
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009-5728
Phone: (202)-588-5300
Fax: (202) 588-5023
E-mail: Fitzpatrick.law@verizon.net

Dated: December 19, 2007

Attorney for the Defendant