IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Equity Analytics, LLC,<br>operating as Equity Methods,<br><br>    Plaintiff,<br><br>v.<br><br>Timothy D. Lundin,<br><br>    Defendant. | Civil Action No. 1:07-cv-02033<br><br>Judge Royce C. Lamberth |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties as follows:

WHEREAS, the Defendant's responsive pleading to the Complaint herein is due to be filed on or before Friday, December 21, 2007;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the Defendant's time within which to file his responsive pleading may be extended until on or before Tuesday, January 29, 2008.

IT IS SO STIPULATED.

/s/  Robert B. Fitzpatrick
Robert B. Fitzpatrick, Esq.
Bar No. 040410
Universal Building South
Suite 640
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009-5728
Phone: 202-588-5300

/s/
Robert T. Shaffer, III Esquire
Bar No. 04074
Murphy & Shaffer LLC
Suite 1400
36 S. Charles Street
Baltimore, Maryland 21201
Phone: 410-783-7000

Fax: 202-588-5023  
Email: Fitzpatrick.law@verizon.net

Fax: 410-783-8823  
Email: rshaffer@murphyshaffer.com

Joseph J. McAlee, Esq.  
Rubin Fortunato  
MCS Building  
10 South Leopard Road  
Paoli, Pennsylvania 19301  
Phone: (610) 408-2004  
Fax: (610) 854-1317  
Email: jmcalee@rubinfortunato.com

Attorney for Defendant

Attorneys for Plaintiff

Dated: December 19, 2007

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Equity Analytics, LLC, operating as Equity Methods, ) ) ) ) Plaintiff, ) ) v. ) ) Timothy D. Lundin, ) ) Defendant. ) ) | Civil Action No. 1:07-cv-02033<br><br>Judge Royce C. Lamberth |

## STIPULATED ORDER

Upon review of the foregoing stipulation, it is ORDERED on this _____ day of December 2007 that the Defendant's time within which to file his Response to the Complaint herein is extended until on or before Tuesday, January 29, 2008.

_____<br>
Hon. Royce C. Lamberth<br>
United States District Judge