IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Equity Analytics, LLC, ) <br> operating as Equity Methods, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Timothy D. Lundin, ) <br> ) <br> Defendant. ) | Civil Action No. 1:07-cv-02033 <br><br> Judge Royce C. Lamberth |

**DEFENDANT'S MOTION FOR A SECOND EXTENSION
TO RESPOND TO THE COMPLAINT**

Defendant, Timothy Lundin, through counsel, respectfully moves the Court for an additional extension of time within which to file a response, including any counterclaims, until Tuesday, January 29, 2008. The Plaintiff, through counsel, has authorized Defendant's counsel to advise the court that their client consents to the requested extension. The reasons for this request are set forth in the accompanying memorandum.

WHEREFORE, the Defendant prays that the Court grant the foregoing Motion and enter the proposed Order submitted herewith.

Respectfully submitted,

/s/ Robert B. Fitzpatrick
Robert B. Fitzpatrick, Esq.
Bar No. 040410
Universal Building South
Suite 640

                                      1825 Connecticut Avenue, N.W.
                                      Washington, D.C. 20009-5728
                                      Phone: (202)-588-5300
                                      Fax: (202) 588-5023
                                      E-mail: Fitzpatrick.law@verizon.net

Dated:  December 19, 2007

                                      Attorney for the Defendant

Case 1:07-cv-02033-RCL    Document 22    Filed 12/20/2007    Page 2 of 4

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Equity Analytics, LLC,<br>operating as Equity Methods,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Timothy D. Lundin,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07-cv-02033<br>)<br>)  Judge Royce C. Lamberth<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of December, 2007, the Defendant's MOTION FOR A SECOND EXTENSION TO RESPOND TO THE COMPLAINT, MEMORANDUM IN SUPPORT thereof, and the proposed STIPULATED ORDER have been served upon the following counsel for Plaintiff, via email:

> Robert T. Shaffer, III, Esq.
> (MD USDC Bar No. 04074)
> Murphy & Shaffer LLC
> 36 South Charles Street
> Suite 1400
> Baltimore, Maryland 21201
> Phone: (410) 783-7000
> Fax: (410) 783-8823
> Email: RShaffer@murphyshaffer.com
>
> Joseph J. McAlee, Esq.
> Rubin Fortunato
> MCS Building
> 10 South Leopard Road
> Paoli, Pennsylvania 19301
> Phone: (610) 408-2004
> Fax: (610) 854-1317

Email: jmcalee@rubinfortunato.com

<u>December 19, 2007</u>                             <u>/s/ Robert B. Fitzpatrick</u>
(Date)                                                Robert B. Fitzpatrick, Esq.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Equity Analytics, LLC,<br>operating as Equity Methods,<br><br>              Plaintiff,<br>v.<br><br>Timothy D. Lundin,<br><br>              Defendant. | Civil Action No. 1:07-cv-02033<br><br>Judge Royce C. Lamberth |

### DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION FOR A SECOND EXTENSION TO RESPOND TO THE COMPLAINT

The Defendant, Timothy Lundin, has requested an additional extension of time to file a response, including any counterclaims, until Tuesday, January 29, 2008. The Plaintiff has indicated to Defendant's counsel that it has no opposition to this request. This memorandum is submitted to the Court to assist the Court in determining whether it is appropriate to grant this request.

The Defendant, an individual of limited means, has incurred extraordinary expenses to defend this case. To date, Defendant's counsel's timesheets reflect services expended substantially in excess of $50,000.

The Defendant readily submitted to deposition; the Defendant has been negotiating with Plaintiff's counsel a protocol for the imaging and forensic examination of three hard drives; Defendant has voluntarily stipulated information regarding ISP providers; Defendant has agreed to another round of deposition testimony at a date still to be determined; Defendant's employer, served with notice of deposition and a third-party

subpoena duces tecum, has agreed to fully cooperate with Plaintiff and produce documents and submit to deposition at a date still to be determined.

Defendant's counsel has been endeavoring to settle this matter, believing that, at the end of the day, Plaintiff will be unable to establish that it lost any customers as a result of Defendant's alleged "misdeeds". To date, Plaintiff has not identified any customer whom it believes it lost as a result of said alleged "misdeeds", even though in an affidavit of one of its employees, it indicates that it has been able to identify customers who left it for Defendant's new employer.

Defendant may well have substantial counterclaims against Plaintiff. Defendant's counsel has counseled his client to engage in restraint and to avoid asserting said claims at this time in the hope that this matter can be fully and completely resolved. Defendant's counsel is of the view that if a response to the complaint had to be filed at this time, the counterclaims would consequently be asserted, and the assertion of those claims would escalate the time and expense associated with this matter, and might well make a settlement less likely rather than more likely. Hence, Defendant seeks this extension until January 29th in the hope that in the interim, with the Court's assistance, there can be meaningful dialogue between the interested parties, and a global settlement achieved.

For these reasons, and for these reasons only, Defendant's counsel respectfully seeks this extension. Accordingly, Defendant respectfully prays that the Court grant the requested extension, to which request Plaintiff consents.

Respectfully submitted,

/s/ Robert B. Fitzpatrick
Robert B. Fitzpatrick, Esq.
Bar No. 040410
Universal Building South
Suite 640
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009-5728
Phone: (202)-588-5300
Fax: (202) 588-5023
E-mail: Fitzpatrick.law@verizon.net

Dated: December 19, 2007

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Equity Analytics, LLC, operating as Equity Methods, <br><br> Plaintiff, <br><br> v. <br><br> Timothy D. Lundin, <br><br> Defendant. | Civil Action No. 1:07-cv-02033 <br><br> Judge Royce C. Lamberth |

### STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties as follows:

WHEREAS, the Defendant's responsive pleading to the Complaint herein is due to be filed on or before Friday, December 21, 2007;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the Defendant's time within which to file his responsive pleading may be extended until on or before Tuesday, January 29, 2008.

IT IS SO STIPULATED.

/s/  Robert B. Fitzpatrick
Robert B. Fitzpatrick, Esq.
Bar No. 040410
Universal Building South
Suite 640
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009-5728
Phone: 202-588-5300

/s/
Robert T. Shaffer, III Esquire
Bar No. 04074
Murphy & Shaffer LLC
Suite 1400
36 S. Charles Street
Baltimore, Maryland 21201
Phone: 410-783-7000

| | |
|---|---|
| Fax: 202-588-5023<br>Email: Fitzpatrick.law@verizon.net | Fax: 410-783-8823<br>Email: rshaffer@murphyshaffer.com |
| | Joseph J. McAlee, Esq.<br>Rubin Fortunato<br>MCS Building<br>10 South Leopard Road<br>Paoli, Pennsylvania 19301<br>Phone: (610) 408-2004<br>Fax: (610) 854-1317<br>Email: jmcalee@rubinfortunato.com |
| Attorney for Defendant | Attorneys for Plaintiff |

Dated: December 19, 2007

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Equity Analytics, LLC,<br>operating as Equity Methods,<br><br>        Plaintiff,<br><br>v.<br><br>Timothy D. Lundin,<br><br>        Defendant. | Civil Action No. 1:07-cv-02033<br><br>Judge Royce C. Lamberth |

## STIPULATED ORDER

Upon review of the foregoing stipulation, it is ORDERED on this _____ day of December 2007 that the Defendant's time within which to file his Response to the Complaint herein is extended until on or before Tuesday, January 29, 2008.

 

_____
Hon. Royce C. Lamberth
United States District Judge

3