IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Equity Analytics, LLC, operating as Equity Methods, <br><br> Plaintiff, <br><br> v. <br><br> Timothy D. Lundin, <br><br> Defendant. | Civil Action No. 1:07-cv-02033 <br><br> Judge Royce C. Lamberth |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties as follows:

WHEREAS, the Defendant's responsive pleading to the Complaint herein is due to be filed on or before Friday, December 21, 2007;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the Defendant's time within which to file his responsive pleading may be extended until on or before Tuesday, January 29, 2008.

IT IS SO STIPULATED.

/s/  Robert B. Fitzpatrick
Robert B. Fitzpatrick, Esq.
Bar No. 040410
Universal Building South
Suite 640
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009-5728
Phone: 202-588-5300

/s/
Robert T. Shaffer, III Esquire
Bar No. 04074
Murphy & Shaffer LLC
Suite 1400
36 S. Charles Street
Baltimore, Maryland 21201
Phone: 410-783-7000

| | |
|---|---|
| Fax: 202-588-5023<br>Email: Fitzpatrick.law@verizon.net | Fax: 410-783-8823<br>Email: rshaffer@murphyshaffer.com |
| | Joseph J. McAlee, Esq.<br>Rubin Fortunato<br>MCS Building<br>10 South Leopard Road<br>Paoli, Pennsylvania 19301<br>Phone: (610) 408-2004<br>Fax: (610) 854-1317<br>Email: jmcalee@rubinfortunato.com |
| Attorney for Defendant | Attorneys for Plaintiff |

Dated: December 19, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUITY ANALYTICS, LLC, operating as EQUITY METHODS, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY D. LUNDIN <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 07-2033 (RCL) ) ) ) ) ) ) |

## STIPULATED ORDER

Upon review of the foregoing stipulation, it is hereby

ORDERED that the defendant's time within which to file his response to the Complaint herein is extended until on or before Tuesday, January 29, 2008.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on December 20, 2007.