## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Equity Analytics, LLC, operating as Equity Methods, )<br><br>Plaintiff, )<br>v. )<br>Timothy D. Lundin, )<br>Defendant. ) | Civil Action No: 07-2033<br>(RCL/JMF) |

### JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Equity Analytics, LLC, and Defendant, Timothy D. Lundin, by and through their undersigned counsel, jointly request a brief extension of the deadlines in the Court's Order of December 21, 2007, and in support thereof state the following:

1. On December 21, 2007, the Court entered a minute Order ("the December 21st Order"), providing that Defendant respond in writing to Plaintiff's proposed Protocol regarding the imaging and examination of Defendant's three hard drives, said response to be transmitted to Plaintiff's counsel by the close of business on Friday, December 28, 2007;

2. On December 28, 2007, Defendant's counsel transmitted a counter-proposal to Plaintiff's counsel, which inadvertently did not get to the principal attorney for Plaintiff until Wednesday, January 2, 2008;

3. The December 21st Order also provided that if the parties were unable to come to an agreement with respect to the terms of such a Protocol, Plaintiff was to file a motion with the Court respecting the matter on or before Friday, January 4, 2008, and

said December 21ˢᵗ Order provided for Defendant to respond one week thereafter on Friday, January 11, 2008;

4.     On Thursday, January 3, after Defendant's counsel's office had closed for the day at 5:00 p.m., Plaintiff's counsel transmitted a counter-proposal with respect to such Protocol, requesting a response by 2:00 p.m. on January 4, 2008;

5.     The schedule of Defendant's counsel on Friday, January 4, 2008, was such that it was impossible to adequately review Plaintiff's counter-proposal, confer with the Defendant, and then respond to Plaintiff's counsel, and Defendant's counsel so advised Plaintiff's counsel shortly after his arrival in the office on January 4ᵗʰ;

6.     The parties desire to continue working with one another to resolve or at least narrow issues of difference between themselves respecting such Protocol, and given the above circumstance, need additional time to attempt to resolve or at least narrow their differences amicably; and

7.     Accordingly, the parties, through their respective counsel, jointly request that the Court enter an Order providing that Defendant's counsel respond in writing to Plaintiff's counter-proposal before close of business on Monday, January 7, 2008 and that such Order further provide that, if the parties are unable to fully resolve their differences regarding such Protocol, Plaintiff shall have until on or before Tuesday, January 8, 2008 to request that the Court resolve whatever differences remain between the parties and that such Order provide for the Defendant to respond to Plaintiff's motion on or before Tuesday, January 15, 2008.

WHEREFORE, the parties, through their undersigned counsel, respectfully pray that the Court grant the foregoing motion and enter the proposed Order submitted herewith.

| | |
|---|---|
| /s/  Robert B. Fitzpatrick | /s/  Robert T. Shaffer, III |
| Robert B. Fitzpatrick, Esq. | Robert T. Shaffer, III Esquire |
| Bar No. 040410 | Bar No. 04074 |
| Universal Building South | Murphy & Shaffer LLC |
| Suite 640 | Suite 1400 |
| 1825 Connecticut Avenue, N.W. | 36 S. Charles Street |
| Washington, D.C. 20009-5728 | Baltimore, Maryland 21201 |
| Phone: 202-588-5300 | Phone: 410-783-7000 |
| Fax: 202-588-5023 | Fax: 410-783-8823 |
| Email: Fitzpatrick.law@verizon.net | Email: rshaffer@murphyshaffer.com |
| | |
| | Joseph J. McAlee, Esq. |
| | Rubin Fortunato |
| | MCS Building |
| | 10 South Leopard Road |
| | Paoli, Pennsylvania 19301 |
| | Phone: (610) 408-2004 |
| | Fax: (610) 854-4317 |
| | Email: jmcalee@rubinfortunato.com |
| | |
| Attorney for Defendant | Attorneys for Plaintiff |

Dated:  January 4, 2008

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Equity Analytics, LLC,<br>operating as Equity Methods,<br><br>　　　　Plaintiff,<br>v.<br><br>Timothy D. Lundin,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No: 07-2033<br>(RCL/JMF) |

## CONSENT ORDER

AND NOW, this _____ day of January, 2008, it is ORDERED that the Defendant shall have until close of business on Monday, January 7, 2008 to respond in writing to Plaintiff's counter-proposal regarding the imaging and examination of Defendant's three hard drives.  In the event the parties are unable to come to a full agreement regarding such a Protocol, Plaintiff shall have until on or before Tuesday, January 8, 2008 to file a motion requesting that the Court resolve their differences, and Defendant shall respond thereto on or before Tuesday, January 15, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. John M. Facciola
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge