IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Equity Analytics, LLC,** ) | |
| operating as Equity Methods, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No: 07-2033 |
| ) | (RCL/JMF) |
| **Timothy D. Lundin,** ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF**

Plaintiff, Equity Analytics, LLC ("Equity Analytics" or "Plaintiff") respectfully requests the Court for leave to file a brief reply to Defendant, Timothy D. Lundin's ("Lundin" or "Defendant") Response to Plaintiff's Motion for Relief and in support thereof, states the following:

1. A dispute arose between Equity Analytics and Lundin regarding a protocol for the forensic examination of Lundin's computer hard drives.

2. The Court ordered that in the event the parties were unable to come to an agreement regarding a protocol for the forensic examination of Lundin's computer hard drives by January 8, 2008, Equity Analytics was required to file a motion for relief with the Court and Lundin was required to respond to the same by January 15, 2008.

3. At approximately 11:00 p.m. on January 15, 2008, Lundin filed a response to Defendant's Motion (filed on January 8, 2008), which response included, *inter alia*, a 28-page, 76-paragraph affidavit from Lundin.

4. LCvR 7 (d) provides that a party may file a reply brief within 5 days of a response to a motion.

5. The Court's Minute Order entered on January 4, 2008 established deadlines for filing Equity Analytic's motion regarding the protocol and defendant's response thereto, but it did not expressly provide for the right to submit a reply.

6. Equity Analytics respectfully requests that the Court grant it the right to file a **brief** reply to address a few of the more important issues raised by Lundin in his response. Plaintiff further requests that the deadline for filing such reply be governed by LCvR 7(d).

7. Counsel for Lundin has been consulted and does not oppose the relief sought by this Motion.

WHEREFORE, Plaintiff, Equity Analytics, LLC respectfully requests the Court grant its request to file a reply to Defendant, Timothy D. Lundin's response to Equity Analytics, LLC's Motion for Relief.

Respectfully submitted,

MURPHY & SHAFFER LLC

/s/ *Robert T. Shaffer, III*
Robert T. Shaffer, III
Bar No. 04074
36 South Charles Street, Suite 1400
Baltimore, Maryland 21201
Phone: (410) 783-7000
Fax: (410) 783-8823
E-mail: rshaffer@murphyshaffer.com

Of Counsel:

Joseph J. McAlee, Esquire
Christopher Y. Young, Esquire
RUBIN, FORTUNATO & HARBISON P.C.
10 South Leopard Road
MCS Building
Paoli, Pennsylvania 19301
Phone: (610) 408-2000
Fax: (610) 408-9000
E-mail: jmcalee@rubinfortunato.com

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Equity Analytics, LLC, ) | |
| operating as Equity Methods, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No: 07-2033 |
| ) | (RCL/JMF) |
| Timothy D. Lundin, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff Equity Analytics, LLC's Motion for Leave to File Reply to Defendant's Response to Plaintiff's Motion for Relief, any response thereto, and the record in this case, it is this _____ day of _____, 2008;

ORDERED that Plaintiff's Motion be and hereby is GRANTED; and it is further

ORDERED that Plaintiff, Equity Analytics, LLC shall file a reply to Defendant's Response to Plaintiff's Motion for Relief on or before January 22, 2008.

_____
Hon. John M. Facciola
United States Magistrate Judge