IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Equity Analytics, LLC,<br>operating as Equity Methods,<br><br>    Plaintiff,<br>v.<br><br>Timothy D. Lundin,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No: 07-2033<br>)  (RCL/JMF)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

Upon consideration of the parties' Rule 26(f) Report, it is this 4th day of March, 2008

ORDERED that the following scheduling deadlines shall apply to this action:

| | |
|---|---|
| Joint Request for<br>Settlement/ADR Conference | April 1, 2008 |
| Motion for Joinder of additional parties<br>and any amendment of the pleadings | April 15, 2008 |
| Plaintiff's Rule 26(a)(2)<br>Disclosure <u>re</u> experts | April 30, 2008 |
| Defendant's Rule 26(a)(2)<br>Disclosure <u>re</u> experts | May 30, 2008 |
| Plaintiff's rebuttal Rule 26(a)(2)<br>Disclosure <u>re</u> experts | June 16, 2008 |
| Rule 26(e)(2) supplementation of<br>disclosures and responses | June 23, 2008 |
| Discovery Deadline<br>(excluding expert depositions) | July 31, 2008 |
| Completion of Expert Depositions | September 3, 2008 |

  Dispositive Pretrial Motions Deadline    September 30, 2008

  Status Conference, at which dates for pretrial and trial will be set, to be set after decision on any dispositive motions.

                _____/s/_____
                Hon. Royce C. Lamberth
                United States District Judge