UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EQUITY ANALYTICS, LLC, operating as
EQUITY METHODS,**
    **Plaintiff.**

    v.                                             Civil Action 07-2033 (RCL/JMF)

**TIMOTHY D. LUNDIN,**
    **Defendant.**

## CORRECTED ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** by March 20, 2008, that Equity submit an affidavit from its examiner explaining the following:

1) Why the limitations proposed by defendant are unlikely to capture all the information Equity seeks and the impact, if any, of the loading of the new operating system upon Lundin's computer and the data that was on it before the new operating system was loaded;

2) How the search will be conducted; and

3) Whether there is any possibility that the mirror images will not be perfect copies of the hard drives, and whether there is any need to preserve the hard drives in their original condition once the mirror images are created.

Defendant may file a reply thereto by March 31, 2008.

**SO ORDERED.**

                                                            /S/
                                                    JOHN M. FACCIOLA
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: March 10, 2008