IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUITY ANALYTICS, LLC, operating as EQUITY METHODS,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | )  CIVIL ACTION NO:  07-2033 (RCL/JMF) ) |
| **TIMOTHY D. LUNDIN,** | ) ) |
| **Defendant.** | ) ) |

## JOINT MOTION FOR SETTLEMENT CONFERENCE

Plaintiff, Equity Analytics, LLC, and Defendant, Timothy D. Lundin, by and through their undersigned counsel, jointly request a Settlement Conference before the Honorable John M. Facciola, United States Magistrate Judge for the United States District Court for the District of Columbia.  The parties respectfully request the option of having an authorized representative available by telephone for the conference.

WHEREFORE, the parties, through their undersigned counsel, respectfully pray that the Court grant the foregoing motion and enter the proposed Order submitted herewith.

/s/ *Robert B. Fitzpatrick*_____
Robert B. Fitzpatrick, Esquire
Bar No. 040410
ROBERT B. FITZPATRICK, PLLC
Universal Building South
Suite 640
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009-5728
Phone:  (202) 588-5300
Fax:  (202) 588-5023
E-mail:  Fitzpatrick.law@verizon.net

/s/ *Robert T. Shaffer, III*_____
Robert T. Shaffer, III Esquire
Bar No. 04074
MURPHY & SHAFFER LLC
Suite 1400
36 S. Charles Street
Baltimore, Maryland 21201
Phone:  (410) 783-7000
Fax:  (410) 783-8823
E-mail: rshaffer@murphyshaffer.com

2

                                                                          Joseph J. McAlee, Esquire (*pro hac vice*)
                                                                          RUBIN FORTUNATO
                                                                          MCS Building
                                                                          10 South Leopard Road
                                                                          Paoli, Pennsylvania 19301
                                                                          Phone: (610) 408-2004
                                                                          Fax: (610) 854-4317
                                                                          E-mail: jmcalee@rubinfortunato.com

*Attorneys for Defendant*　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: April 1, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of April 2008, I electronically filed the foregoing *Joint Motion for Settlement Conference* and *proposed Order* with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

>Robert B. Fitzpatrick, Esquire
>ROBERT B. FITZPATRICK, PLLC
>Universal Building South
>1825 Connecticut Avenue, N.W.
>Suite 640
>Washington, D.C. 20009-5728
>
>*Attorneys for the Defendant*

>/s/ *Robert T. Shaffer, III*
>Robert T. Shaffer, III

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUITY ANALYTICS, LLC, operating as EQUITY METHODS,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) CIVIL ACTION NO: 07-2033 (RCL/JMF) ) |
| **TIMOTHY D. LUNDIN,** | ) ) |
| **Defendant.** | ) ) |

## CONSENT ORDER

AND NOW, this _____ day of April, 2008, it is ORDERED that a Settlement Conference is scheduled before the undersigned on Wednesday, May 7, 2008 at 2:30 p.m. in Courtroom __.

The parties are granted leave to have an authorized representative available by telephone for the Settlement Conference.

BY THE COURT:

_____
Hon. John M. Facciola
United States Magistrate Judge