**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **Equity Analytics, LLC,** ) | |
| **operating as Equity Methods,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-2033 |
| ) | (RCL/JMF) |
| **Timothy D. Lundin,** ) | |
| Defendant. ) | |

**DEFENDANT'S THIRD SUPPLEMENTAL MEMO RESPECTING IMAGING AND FORENSIC EXAMINATION OF DEFENDANT'S FIVE HARD DRIVES**

Defendant wishes to call the Court's attention to several recent articles discussing the Court's opinion in *O'Keefe* and/or the subject civil action. There are four recent articles. The first is entitled "Recent Criminal Case may shed Light on Several Civil Discovery Issues" which is on the DrinkerBiddle website (e-discovery alert for March 2008) at www.drinkerbiddle.com. The second is entitled "Ex-Employee, Company Spar over Unauthorized Access to ESI" and can be found at www.ciolaw.org. The third is entitled "Magistrate Judge Set protocol for Plaintiff's Forensic Examination of Former Employee's Computer and Requests Affidavit from Expert Explaining Certain Issues" and can be found at Kirkpatrick & Lockhart, Preston, Gates, Ellis LLP Electronic Discovery Blog at www.ediscoverylaw.com. The fourth is Steven Teppler's blog (eDiscovery, Digital Evidence and Information Security Law) his post of March 7th entitled "Discovery Search Protocol is Subject to Challenge" and can be found at www.securitykernels.blogspot.com.

Respectfully submitted,

/s/ Robert B. Fitzptatrick
Robert B. Fitzpatrick
D.C. Bar No. 040410
Robert B. Fitzpatrick, PLLC
Universal Building South
1825 Connecticut Ave., N.W.
Suite 640
Washington, DC 20009
Telephone: (202) 588-5300

Fax: (202) 588-5023
Fitzpatrick.law@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that: on this 15th day of April, 2008, I electronically filed the foregoing DEFENDANT'S SECOND SUPPLEMENTAL MEMO RESPECTING IMAGING AND FORENSIC EXAMINATION OF DEFENDANT'S FIVE HARD DRIVES, by using the CM/ECF system, which will, in turn, send a notice of electronic filing to the following Counsel of Record for Plaintiff Equity Analytics, LLC:

Robert T. Shaffer, III Esquire
Bar No. 04074
Murphy & Shaffer LLC
36 S. Charles Street
Suite 1400
Baltimore, Maryland 21201
Phone: 410-783-7000
Fax: 410-783-8823
Email: rshaffer@murphyshaffer.com

Joseph J. McAlee, Esq.
Rubin Fortunato
MCS Building
10 South Leopard Road
Paoli, Pennsylvania 19301
Phone: (610) 408-2004
Fax: (610) 854-4317
Email: jmcalee@rubinfortunato.com

Attorneys for Plaintiff

/s/   Robert B. Fitzpatrick
Bar No. 040410
Robert B. Fitzpatrick, PLLC
Universal Building South

Suite 640
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009-5728
Phone: 202-588-5300
Fax: 202-588-5023
Email: Fitzpatrick.law@verizon.net
Attorney for Defendant