THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 28 2008

Clerk, U.S. District and
Bankruptcy Courts

EQUITY ANALYTICS, LLC, operating as
EQUITY METHODS,

        Plaintiff,

v.

TIMOTHY D. LUNDIN,

        Defendant.

CIVIL ACTION NO. 07-2033
(RCL/JMF)

## ORDER OF DISMISSAL WITH PREJUDICE

The Court being advised that the parties, through their respective counsel, have settled this Civil Action and have stipulated and agreed that this Civil Action may be dismissed with prejudice and that the Court's Orders of November 8, 2007 and November 20, 2007 may be vacated, it is

ORDERED, that the Court's Order of November 8, 2007 and its Order of November 20, 2007 are hereby vacated, and

FURTHER ORDERED, that this Civil Action is dismissed in its entirety with prejudice.

DONE, this 28th day of May, 2008 at Washington, D.C.

*/s/ Royce C. Lamberth*
Hon. Royce C. Lamberth
Chief Judge
United District Court for the District of Columbia

STIPULATED AND AGREED:

*[signature]*

Robert B. Fitzpatrick, Esq.
Bar No. 040410
Robert B. Fitzpatrick, PLLC
Universal Building South
Suite 640
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009-5728
Phone: 202-588-5300
Fax: 202-588-5023
Email: Fitzpatrick.law@verizon.net

Attorney for Defendant
Timothy D. Lundin

*[signature]*

Robert T. Shaffer, III Esquire *by RBF w/ written authority to do so*
Bar No. 04074
Murphy & Shaffer LLC
Suite 1400
36 S. Charles Street
Baltimore, Maryland 21201
Phone: 410-783-7000
Fax: 410-783-8823
Email: rshaffer@murphyshaffer.com

Joseph J. McAlee, Esq.
Rubin Fortunato
MCS Building
10 South Leopard Road
Paoli, Pennsylvania 19301
Phone: 610-408-2004
Fax: 610-854-1317
Email: jmcalee@rubfortunato.com

Attorneys for Plaintiff
Equity Analytics, LLC